Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https.//www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 9/25/2024 9:30 AM

FILED
7/23/2024 3:05 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L008067
Calendar, F
28628938
#31555

FILED DATE: 7/23/2024 3:05 PM 2024L008067

**STATE OF ILLINOIS )**
**) SS.**
**COUNTY OF COOK )**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| **NORMA JEFFERSON,**<br><br>**Plaintiff,**<br><br>***versus***<br><br>**TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,**<br><br>**Defendant.** | **Court #** |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, **NORMA JEFFERSON**, by and through her attorneys, **THE LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C**., and complaining of the Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES**, and states as follows:

**COUNT I**
(Negligence v. Target Inc.)

1. That on or about September 14, 2023, Plaintiff, **NORMA JEFFERSON**, was a patron and/or invitee of an establishment commonly known as **TARGET**, located at 17605 South Halsted Street, City of Homewood, and State of Illinois, and as a patron and/or an invitee at said establishment, was lawfully and properly on and upon said premises.

2. That Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** owned the above-mentioned property and premises at all times relevant.

3. That Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** operated the above-mentioned property and premises at all times relevant.

**EXHIBIT A**

FILED DATE: 7/23/2024 3:05 PM 2024L008067

4. That Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** managed the above-mentioned property and premises at all times relevant.

5. That Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** maintained the above-mentioned property and premises at all times relevant.

6. That Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** controlled the above-mentioned property and premises at all times relevant.

7. That at all times relevant, Defendant **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES**, was under a duty to own, operate, manage, maintain and control the property and premises, including the aisles of the store, in an ordinary and reasonable fashion.

8. That notwithstanding the above stated duties, the Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES**, was guilty of one or more of the following careless and negligent acts or omissions:

a. Permitted and allowed said property and premises, and in particular the floor of an aisle of the above property and premises, to be and remain in a hazardous and unsafe condition thereby resulting in plaintiff's injuries;

b. Permitted and allowed a slippery substance to remain upon the floor of an aisle located at the aforementioned property and premises, a condition that existed prior to plaintiff's occurrence, giving the Defendant actual and constructive notice of said condition;

c. Failed to properly maintain its aisles, such that it allowed a condition where a slippery substance remained on the floor of its aisles, the substance being a hazard to patrons of said property and premises when the Defendant knew or should have known of the condition

d. Failed to make proper, timely, and necessary inspections of the aforesaid property and premises so as to discover the above-mentioned unsafe and negligent condition;

FILED DATE: 7/23/2024 3:05 PM 2024L008067

e. Failed to maintain necessary and proper safety standards in the operation of said property and premises;

f. Failed to inaugurate and maintain necessary and proper maintenance standards in the operation of said property and premises;

g. Failed to inspect its aisles for any dangerous and hazardous conditions at said property and premises;

h. Failed to properly instruct and supervise its agents, servants and/or employees in proper safety and maintenance procedures when servicing and maintaining said property and premises;

i. Failed to rope off the area and/or warn its patrons and/or invitees, including the Plaintiff, of the dangerous and hazardous condition of the aisle at said property and premises; and

j. Failed to provide a safe means of ingress and egress to and from its aisles for its patrons and/or invitees such as Plaintiff lawfully and properly on and upon said property and premises.

9. That the Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES,** and/or its representatives had actual and/or constructive notice of all of the preceding conditions.

10. That as a direct and proximate result of one or more of the above-mentioned careless and negligent acts or omissions of the Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES**, the Plaintiff, **NORMA JEFFERSON,** was caused to and did fall due to the negligent maintenance of the cleanliness of its aisles at the aforementioned property and premises, resulting in the Plaintiff sustaining serious and permanent injuries. Plaintiff has suffered and will be suffering the future great pain and discomfort, physical impairment and has been and will be kept from attending to her usual affairs and duties and has lost and will continue to lose great gains which she would have made and acquired and Plaintiff has become liable for large sums of money for medical care and will in the future become so liable.

FILED DATE: 7/23/2024 3:05 PM 2024L008067

WHEREFORE, the Plaintiff, **NORMA JEFFERSON,** by and through her attorneys, **THE LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C** seeks compensation in excess of FIFTY THOUSAND DOLLARS ($50,000.00) for the harms caused by the Defendant, **TARGET CORPORATION, a Foreign Corporation d/b/a TARGET STORES**, for Defendant's egregious conduct, to deter this Defendant from negligent acts, and to protect the public safety, and for attorneys' fees as allowed by statute.

Respectfully Submitted,

/s/ Marc S. Weissman
Attorney for Plaintiff

Marc S. Weissman (ARDC No.: 6298770)
THE LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.
205 West Randolph Street, Suite 1700
Chicago, Illinois 60606
(312) 629-0099
mweissman@malmanlaw.com
Firm No.: 13555